UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RODRIGUEZ BAUTISTA, | No.  1:26-cv-01286-DAD-AC (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING CORRECTED FIRST AMENDED PETITION FOR WRIT OF *HABEAS CORPUS*, AND DENYING MOTIONS TO DISMISS |
| WARDEN, | |
| Respondent. | |
| | (Doc. Nos. 9, 21, 24, 25) |

Petitioner is a federal immigration detainee proceeding through counsel with a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On July 2, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's *habeas* petition be granted and respondent's motion to dismiss be denied.  (Doc. No. 25.)  Specifically, the magistrate judge concluded that petitioner's detention violates the Immigration and Nationality Act.  (*Id.* at 4–7.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days after service.  (*Id.* at 9.)  On July 2, 2026, respondent filed objections to the pending findings and recommendations which are comprised of a single

1

sentence stating that respondent objects for the same reasons presented in its prior briefing. (Doc. No. 26.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1.  The findings and recommendations filed on July 2, 2026 (Doc. No. 25), are ADOPTED IN FULL;

2.  Petitioner's corrected first amended petition for writ of *habeas corpus* (Doc. No. 21) is GRANTED as follows:

    a.  Respondent is ORDERED to immediately release petitioner Carlos Rodriguez Bautista, A-File No. 218-069-232, from respondent's custody;

    b.  Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge at which hearing the burden will be set in accordance 8 U.S.C. § 1226 (a), and its implementing regulations;

3.  Respondent's motion to dismiss (Doc. No. 9) the originally filed petition is DENIED as having been rendered moot by petitioner's filing of a first amended petition;

4.  Respondent's motion to dismiss the corrected first amended petition (Doc. No. 24) is DENIED;

5.  The Clerk of the Court is directed to serve the Golden State Annex Detention Facility with a copy of this order; and

/////

/////

/////

/////

6.     The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **July 7, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE